RE: Jorge F Iduate                                                                                           Case # 21-13758  LMI

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 5/26/21

    Tax returns:                                    Corporate Tax Returns:

    SS card - Legible/Unredacted            LF 90            ✔ LF 67        LF 10

    Plan does not fund properly

    Calculation errors      Missing months/amounts      Inconsistent terms      Plan form completed incorrectly

    Attorney fee itemization or Fee Application needed (see court guideline 6)

     Missing 2016(B)                                                Missing signed copy of the Attorney's Declaration

    Other provisions:      IVL            100%        Lawsuit        Gambling        MMM

✔ Reaffirm, redeem or surrender Sch D or G creditor: Opera

    MMM Motion not filed      Valuation motion not filed            Lien Avoidance motion not filed

✔ Priority debt on  Schedule E not in plan:  IRS

    Creditor in Plan is not listed in Schedules or has not filed a POC:

    Creditor paid through the Plan has not filed a POC:

    Object or Conform to Proof of Claim:      Miami-Dade County        Tax Certificate (DE#    )        Dept of Revenue

         IRS

    OTHER PLAN ISSUES:

    Real Estate FMV and Payoff:

    Non-Homestead Information Sheet:

✔ Vehicles FMV (NADA/Carmax), Reg and Payoff:  15/Porche Payoff

    Other:

✔  Bank Account Statements      3 months pre-petition

    #0284 (1/20-4/20/21)      #8400 (1/20-4/20/21)      #6200 (1/20-4/20/21)
    #4843  (4/1-4/11/21)

    Copy of check(s) and/or explanation:

    Explanation of withdrawal(s):

    401K/Retirement/Pension                        Annuity                        Life Insurance Policy

    Domestic Support Obligation form complete with info: name, address and phone

    Wage deduction order or Motion to waive

    BDQ & attachments            Profit/loss      Balance Sheet

    Business Bank statements and checks      3 months pre-petition

    Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was     served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*